1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10  WILLIAM RANDOLPH HARLOFF,      )    NO. CV 15-09281-RGK (AS)
                                  )
11                 Petitioner,     )
                                  )
12          v.                     )         **JUDGMENT**
                                  )
13  SCOTT FRAUENHEIM, Warden,      )
                                  )
14                 Respondent.     )
                                  )
15  _____)

16

17     Pursuant to the Order Accepting Findings, Conclusions and

18  Recommendations of United States Magistrate Judge,

19

20     IT IS ADJUDGED that the Petition is denied and dismissed with

21  prejudice.

22

23          DATED: August 30, 2016.

24

25

26  _____
                R. GARY KLAUSNER
27          UNITED STATES DISTRICT JUDGE

28